

MARTIN W. KAFAFIAN  (NJ, NY, DC BARS)
ADOLPH A. ROMEI  (NJ, NY BARS)
JOHN J. LAMB  (NJ BAR)
ANTIMO A. DEL VECCHIO  (NJ, NY, DC BARS)
ROBERT A. BLASS  (NJ,  NY BARS)
IRA J. KALTMAN  (NJ,  NY BARS)
ARTHUR N. CHAGARIS  (NJ BAR)
STEVEN A. WEISFELD  (NJ, NY BARS)
IRA E. WEINER  (NJ BAR)
DANA B. COBB  (NJ,  NY BARS)
EMERY C. DUELL  (NJ, NY BARS)
RENATA A. HELSTOSKI  (NJ, NY BARS)
MICHAEL STERNLIEB  (NJ BAR)
DANIELE CERVINO  (NJ, NY BARS)

COUNSEL TO THE FIRM
JAMES R. BEATTIE  (NJ BAR)
ROGER W. BRESLIN, JR.  (NJ BAR)
THOMAS W. DUNN (NJ BAR)
JOSEPH A. RIZZI  (NJ BAR)
PATRICK J. MONAGHAN, JR.  (NJ, NY BARS)
MARY ELLEN B. OFFER  (NJ, NY BARS)

RALPH J. PADOVANO  (1935-2016)

OUR FILE NO.   –

COUNSELLORS AT LAW
50 CHESTNUT RIDGE ROAD, SUITE 208
P.O. BOX 244
MONTVALE, NEW JERSEY  07645-0244

(201) 573-1810

www.beattielaw.com

NEW YORK OFFICE:
99 MAIN STREET, SUITE 319
NYACK, NEW YORK 10960
(845) 512-8584

OF COUNSEL
BRENDA J. STEWART  (NJ BAR)
ARTHUR M. NEISS  (NJ, NY BARS)

KATHLEEN S. COOK  (NJ, NY, GA BARS)

JAMES V. ZARRILLO  (NJ, NY BARS)
JEANETTE A. ODYNSKI  (NJ, NY BARS)
DANIEL L. STEINHAGEN  (NJ, NY BARS)
CRISTIN M. KEEGAN  (NJ, NY BARS)
MARTIN R. KAFAFIAN  (NJ, NY BARS)
MARIYA GONOR  (NJ, NY BARS)
EDWARD R. GROSSI  (NJ, NY BARS)
JOSEPH E. BOCK, JR.  (NJ, PA BARS)

FAX:  (201) 573-9736
FAX:  (201) 573-9369

Reply to New Jersey Office
Writer's Direct Access
Email:  mrk@beattielaw.com
Direct Dial:  (201) 799-2102

November 13, 2017

***Via CM/ECF and Federal Express***
Hon. Brian R. Martinotti, U.S.D.J.
Clarkson S Fisher Federal Bldg. & U.S. Courthouse
Room 341
402 E. State Street
Trenton, NJ 08608

    **Re:** *Anger Sports, LLC d/b/a Rare Breed v. Rutgers, The State University and Arin Blazek a/k/a A.J. Blazek*, **Case No. 3:17-cv-08015 (BRM) (DEA)**
**Proposed Order**

Dear Judge Martinotti:

    In accordance with this Court's Judicial Preferences, please find enclosed a Proposed Order in connection with the pending motion filed by plaintiff Anger Sports, LLC d/b/a Rare Breed under Fed. R. Civ. P. 65(a) seeking preliminary injunctive relief.

                                          Respectfully submitted,

                                          */s/ Martin R. Kafafian*
                                          Martin R. Kafafian

Attachment
    cc:    Bruce Sales, Esq. (*via CM/EFC*)
            Anger Sports, LLC d/b/a Rare Breed (*via email*)

*Forty-Seven Years of Service*

2973069_1\170714