UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
MINUTES OF PROCEEDINGS

OFFICE: TRENTON
JUDGE BRIAN R. MARTINOTTI
COURT REPORTER: MEGAN MCKAY-SOULE

DATE OF PROCEEDINGS: 11/13/2017
CRIMINAL DOCKET #: 17-8015(BRM)

TITLE OF CASE:
Anger Sports, LLC
        vs.
Rutgers, The State of University, et al.,

APPEARANCES:
Martin R. Kafafian & Arthur Knees, Esquires for plaintiff
Alex Solo & Bruce H. Sales, Esquires for defts

NATURE OF PROCEEDINGS: TELEPHONE CONFERENCE & STATUS CONFERENCE HELD.

The parties directed to meet and confer and file their position within 3 days of today's date.

TIME COMMENCED: 11:00 a.m.
TIME ADJOURNED: 11:10 a.m.
TOTAL TIME: 10 minutes

                                              s/Dana Sledge-Courtney
                                                Courtroom Deputy