**Document Filed Electronically**

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| ANGER SPORTS, LLC d/b/a RARE BREED, | : | |
| | : | Civil Action No. 17-8015-BRM-DEA |
| Plaintiff, | : | |
| | : | |
| v. | : | District Judge Brian R. Martinotti |
| | : | Magistrate Judge Douglas E. Arpert |
| RUTGERS, THE STATE UNIVERSITY, | : | |
| ARIN BLAZEK a/k/a A.J. BLAZEK in his | : | |
| individual and official capacity, ABC CORPS. | : | |
| 1-10 (names being fictitious and unknown but | : | |
| described as those companies associated with | : | |
| Rutgers University and/or Arin Blazek that | : | |
| assisted with or promoted trademark | : | |
| infringement and other unlawful acts), and | : | |
| JOHN DOES 1-10 (names being fictitious and | : | |
| unknown but described as those individuals | : | |
| associated with Rutgers University and/or Arin | : | |
| Blazek that assisted with or promoted | : | |
| trademark infringement and other unlawful | : | |
| acts), | : | |
| | : | |
| Defendants. | : | |
| | x | |

## LETTER TO HONORABLE BRIAN R. MARTINOTTI
## IN FOLLOW UP TO NOVEMBER 13, 2017 TELEPHONIC CONFERENCE

The parties greatly appreciate Your Honor taking the time to speak with the parties at the

November 13, 2017 telephonic conference.

Counsel have now conferred with their respective clients, and each other, and respectfully request that Your Honor disqualify himself.

Dated: <u>November 16, 2017</u>                                    Respectfully submitted,

| | |
|---|---|
| **BEATTIE PADOVANO, LLC**<br>Attorneys for Plaintiff Anger Sports,<br>LLC d/b/a Rare Breed<br><br><u>s/ *Martin R. Kafafian*</u><br>Martin R. Kafafian, Esq.<br>50 Chestnut Ridge Road<br>Suite 208<br>Montvale, NJ 07645<br>Telephone: (201) 799-2102<br>mrk@beattielaw.com | LERNER, DAVID, LITTENBERG,<br>  KRUMHOLZ & MENTLIK, LLP<br>*Attorneys for Defendants Rutgers, The State*<br>*University of New Jersey and Arin Blazek*<br><br>By: <u>s/ Bruce H. Sales</u><br>      Bruce H. Sales<br>      Tel:      908.654.5000<br>      E-mail:   bsales@lernerdavid. com<br>                litigation@lernerdavid.com |