UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

ANGER SPORTS, LLC d/b/a
RARE BREED,
        Plaintiff,

v.

RUTGERS, THE STATE
UNIVERSITY, et al.,
        Defendants.

Civil Action No. 17-8015 (MAS) (DEA)

**ORDER**

This matter comes before the Court on Plaintiff Anger Sports, LLC d/b/a Rare Breed's ("Plaintiff") motion for preliminary injunctive relief pursuant to Federal Rule of Civil Procedure 65(a). (ECF No. 7.) Defendants Rutgers, The State University of New Jersey and Arin Blazek a/k/a A.J. Blazek (collectively, "Defendants") filed opposition (ECF No. 12), and Plaintiff replied (ECF No. 14). The Court has carefully considered the parties' submissions and heard oral argument on November 21, 2017. For the reasons set forth on the record, and for other good cause shown,

**IT IS** on this 1st day of December 2017, **ORDERED** that:

1. Plaintiff's motion preliminary injunctive relief (ECF No. 7) is denied without prejudice.

2. The parties shall file joint correspondence by **December 6, 2017** that sets forth the parties' positions with respect to moving forward.

s/ Michael A. Shipp
**MICHAEL A. SHIPP**
**UNITED STATES DISTRICT JUDGE**